**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DOMINGO TOT QUIP,<br><br>     Petitioner,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); DAVID WESLING, Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement Removal Operation ("ICE/ERO"); WARDEN, Detention Facility,<br><br>     Respondents. | Civil Action No. 1:26-cv-10361-MJJ |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondents.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: January 30, 2026    By:    */s/ Anuj Khetarpal*
Anuj Khetarpal
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3658
Email: anuj.khetarpal@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 30, 2026                    By:    */s/ Anuj Khetarpal*
                                                   Anuj Khetarpal
                                                   Assistant United States Attorney