**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DOMINGO TOT QUIP,<br><br>      Petitioner,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); DAVID WESLING, Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement Removal Operation ("ICE/ERO"); WARDEN, Detention Facility,<br><br>      Respondents. | Civil Action No. 1:26-cv-10361-MJJ |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND**

Respondents respectfully move this Honorable Court for an extension of time, up to and including February 6, 2026, to answer or otherwise respond to Domingo Tot Quip's ("Petitioner") petition for writ of habeas corpus ("Petition"), Dkt. No. 1. Petitioner's counsel assents to this motion.

Respondents submit that there is good cause for the extension. Petitioner filed this Petition on January 26, 2026, using Petitioner's name and date of birth. Both ICE and Customs and Border Protection ("CBP") have searched their databases and have informed undersigned counsel, through their respective agency counsel, that they have no individual with this name and date of birth in their custody. Nor do they have record of taking an individual with this name and date of birth into their custody. Petitioner's counsel has also informed undersigned counsel that Petitioner was removed to Guatemala. ICE and CBP have informed undersigned counsel that they have also searched their records of arrests in Maine and Massachusetts on the date alleged by Petitioner, as

well as removals, and have not been able to identify anyone with Petitioner's name and date of birth.

Undersigned counsel has been conferring with Petitioner's counsel, and the Parties are attempting to gather additional information to identify this individual. However, Respondents have been unable to do so with the information provided thus far and therefore need additional time to continue to attempt to identify Petitioner, and ultimately to respond to the Petitioner.

For this reason, Respondents request that this Court grant them an extension of time, up to and including February 6, 2026, to respond to the Petitioner.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: January 30, 2026    By: */s/ Anuj Khetarpal*
             Anuj Khetarpal
             Assistant United States Attorney
             United States Attorney's Office
             1 Courthouse Way, Suite 9200
             Boston, MA 02210
             Tel.: 617-748-3658
             Email: anuj.khetarpal@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Anuj Khetarpal, hereby certify that Assistant United States Attorney Rayford Farquhar has conferred with Petitioner's counsel, and that Petitioner's counsel assented to the relief requested in this motion.

Dated: January 30, 2026            By:    */s/ Anuj Khetarpal*
                                                    Anuj Khetarpal
                                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 30, 2026            By:    */s/ Anuj Khetarpal*
                                                     Anuj Khetarpal
                                                    Assistant United States Attorney