**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOMINGO TOT QUIP,<br><br>            Petitioner,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); DAVID WESLING, Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement Removal Operation ("ICE/ERO"); WARDEN, Detention Facility,<br><br>            Respondents. | Civil Action No. 1:26-cv-10361-MJJ |

**RESPONDENTS' SECOND ASSENTED TO MOTION FOR EXTENSION OF TIME**

Respondents respectfully move this Honorable Court for an extension of time, up to and including March 6, 2026, to answer or otherwise respond to Domingo Tot Quip's ("Petitioner") petition for writ of habeas corpus ("Petition"), Dkt. No. 1. Petitioner's counsel assents to this motion.

Respondents submit that there is good cause for the extension. As explained in Petitioner's first assented to motion for extension of time, based on the information then available to Respondents, Respondents had been unable to identify Petitioner after a diligent search of their databases. *See* Dkt. No. 7. At the time, Petitioner's counsel had notified Respondents that Petitioner had been removed to Guatemala. *Id.*

As explained in the attached declaration, after receiving further information from Petitioner's counsel and further examination, ICE ERO has determined that after Petitioner was arrested, his identity was mistaken with that of another alien with a different last name but with

the same date of birth, arrest date, and country of nationality, and who had a final removal order. As a result of that mistake, Petitioner was removed from the United States in error.

Upon discovering Petitioner's correct identity and that he had been inadvertently removed, ICE initiated the process of returning Petitioner to the United States. However, ICE ERO notes that this process takes some time. Specifically, ICE ERO declares that to facilitate Petitioner's return into the United States, they will first need to locate him in Guatemala and gather further information from him so they can process the necessary documentation for his return to the United States (should he wish to return). This information will be used to extend a grant of parole to Petitioner to allow him to enter the United States. Petitioner's counsel has notified undersigned counsel that Petitioner is in a remote area of Guatemala without easily accessible means of communication. Respondents will work with Petitioner's counsel to gather information necessary to locate Petitioner and undergo these processes.

Moreover, Petitioner's counsel has informed undersigned counsel that she would like to confer with Petitioner prior to him being brought back to the United States. This too may take some time considering the lack of easy communication. Undersigned counsel will continue to confer with Petitioner's counsel concerning Petitioner's return, and Respondents will work to facilitate communication between Petitioner and his counsel (as well as his return to the United States).

For these reasons, Respondents request that this Court grant them an extension of time, up to and including March 6, 2026, to respond to the Petitioner.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: February 6, 2026          By:    */s/ Anuj Khetarpal*
                                        Anuj Khetarpal
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        Tel.: 617-748-3658
                                        Email: anuj.khetarpal@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Anuj Khetarpal, hereby certify that on February 6, 2026, I Assistant United States conferred with Petitioner's counsel, and that Petitioner's counsel assented to the relief requested in this motion.

Dated: February 6, 2026          By:    */s/ Anuj Khetarpal*
                                        Anuj Khetarpal
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 6, 2026          By:    */s/ Anuj Khetarpal*
                                        Anuj Khetarpal
                                        Assistant United States Attorney

3