**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOMINGO TOT QUIP,<br><br>       Petitioner,<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); DAVID WESLING, Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement Removal Operation ("ICE/ERO"); WARDEN, Detention Facility,<br><br>       Respondents. | Civil Action No. 1:26-cv-10361-MJJ |

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND

Respondents respectfully move this Honorable Court for a further extension of time, up to and including March 16, 2026, to answer or otherwise respond to Domingo Tot Quip's ("Petitioner") petition for writ of habeas corpus ("Petition"), Dkt. No. 1. Petitioner's counsel assents to this motion. As grounds for this assented to motion counsel for Respondents states that he has spoken with Petitioner's counsel and the additional time is necessary for Petitioner's counsel to have an overseas telephone call with Petitioner. It is my understanding that there has been some difficulty in coordinating with an interpreter to assist in facilitating the telephone call.

For this reason, Respondents request that this Court grant them an extension of time, up to and including March 16, 2026, to respond to the Petition.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 6, 2026          By:     */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      John Joseph Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      617-748-3100
                                      Email: rayford.farquhar@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that today I spoke with Petitioner's counsel, Kerry E. Doyle, and she assented to the filing of this motion.

Dated: March 6, 2026          By:     */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 6, 2026          By:     */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney