UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOMINGO TOT QUIP,

Petitioner,

v.

DAVID WESLING, Immigration and
Customs Enforcement,
IMMIGRATION AND CUSTOMS
ENFORCEMENT,
WARDEN,
DEPARTMENT OF HOMELAND
SECURITY,

Respondents.

No. 1:26-cv-10361-MJJ

**JOINT MOTION OF THE PARTIES FOR AN
EXTENSION OF TIME FOR RESPONDENTS
TO RESPOND TO THE HABEAS PETITION**

The Parties respectfully move for an extension of time, up to and including Friday, April 3, 2026, for Respondents to respond to the Petition (Doc No. 1, "Petition").  In support of this motion, the Parties state:

1.     Petitioner filed his Petition on January 1, 2026.  Doc. No. 1.

2.     Counsel for Petitioner has been attempting to reach her client who is located overseas in a rural village and was just late yesterday able to communicate to Respondents' counsel her client's desire to return to the United States.  As a result, the Parties are currently working to effectuate Petitioner's return to the United States.  The additional time is necessary for the Parties to work through various issues to coordinate Petitioner's return prior to Respondents being able to respond to the Petition.

3.      WHEREFORE, the Parties respectfully request that the Court allow their joint motion and permit up to and including Friday, April 3, 2026, for Respondents to respond to the Petition (Doc. No. 1).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 17, 2026          By:   */s/ Rayford A. Farquhar*
                                     RAYFORD A. FARQUHAR
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     John Joseph Moakley U.S. Courthouse
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02210
                                     617-748-3100
                                     Email: rayford.farquhar@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that yesterday I spoke with Petitioner's counsel and she joined in the filing of this motion.

Dated:  March 17, 2026          By:   */s/ Rayford A. Farquhar*
                                      Rayford A. Farquhar
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  March 17, 2026          By:   */s/ Rayford A. Farquhar*
                                      RAYFORD A. FARQUHAR
                                      Assistant United States Attorney