**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOMINGO TOT QUIP,<br><br>      Petitioner,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); DAVID WESLING, Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement Removal Operation ("ICE/ERO"); WARDEN, Detention Facility,<br><br>      Respondents. | Civil Action No. 1:26-cv-10361-MJJ |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondents.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 10, 2026       By:    */s/ Mark Sauter*
                                     Mark Sauter
                                     Assistant United States Attorney
                                     United States Attorney's Office
                                     1 Courthouse Way, Suite 9200
                                     Boston, MA 02210
                                     Tel.: 617-748-3347
                                     Email: mark.sauter@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: April 10, 2026                    By:     */s/ Mark Sauter*
                                                 Mark Sauter
                                                 Assistant United States Attorney