## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DOMINGO TOT QUIP,

      Petitioner,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. IOMMIGRATION AND
CUSTOMS ENFORCEMENT ("ICE"); DAVID
WESLING, Acting Boston Field Office
Director, Immigration and Customs
Enforcement, Enforcement Removal Operation
("ICE/ERO"); and WARDEN, Detention
Facility,

      Respondents.

Civil Action No. 1:26-cv-10361-MJJ

## RESPONDENTS' STATUS REPORT

Pursuant to this Court's Order (Doc. No. 25), Respondents provide the following status report concerning Petitioner's passport.[1]  Since the last hearing before this Court, U.S. Immigration and Customs Enforcement ("ICE") determined that it could provide Petitioner with the $50 necessary to pay for a new Guatemalan passport.  Petitioner thereafter obtained a new Guatemalan passport on or about July 9, 2026.  Petitioner's counsel, through the undersigned, provided a copy of this passport to ICE on July 16, 2026.  Petitioner's counsel next needs to provide ICE with an address and a phone number in the United States for ICE to complete a parole application and facilitate Petitioner's return to the United States.

---

[1] The undersigned conferred with Petitioner's counsel as to the content of this status report prior to filing.

The parties will continue to meet and confer to ensure Petitioner's parole application is expeditiously completed and approved and that his return to the United States is accomplished.

Respondents will file a status report in 30 days unless ordered otherwise by this Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: July 17, 2026                     By:     */s/ Mark Sauter*

Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 17, 2026                     By:     */s/ Mark Sauter*
                                                   Mark Sauter
                                                   Assistant United States Attorney